

MAY 1 4 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK LUCIANO,<br><br>　　　　Defendant. | CR 19-86-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Wednesday, June 17, 2020 at 9:30 a.m., is **VACATED** and reset to commence on **Thursday, June 18, 2020 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 13th day of May, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE