IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK LUCIANO,<br><br>　　　　　Defendant. | CR 19-86-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, October 22, 2020 at 2:30 p.m., is **VACATED** and reset to commence on **Thursday, October 22, 2020 at 1:30 p.m., changing the time of the hearing only.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 6th day of October, 2020.

　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1